# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-00342-LJO |
| Respondent, | **ORDER FOR OPPOSITION TO AMENDMENT** (Doc. 426) |
| vs. | |
| LUKE SCARMAZZO, | |
| Petitioner. | |

Petitioner Luke Scarmazzo ("petitioner") has filed a motion to amend his pending 28 U.S.C. § 2255 motion. A section 2255 motion "may be amended or supplemented as provided in the rules of procedure applicable to civil actions." 28 U.S.C. § 2242; Fed. R. Civ. P. 81(a)(4). Fed. R. Civ. P. 15(a)(1) allows a party to amend its pleading once as a matter of course. *See also Woods v. Carey*, 525 F.3d 886, 888-90 (9th Cir. 2008) (holding that where a new pro se habeas petition is filed before the adjudication of a prior habeas petition, the new petition should be construed as a motion to amend the pending petition rather than as a successive application).

Having reviewed petitioner's amendment, this Court finds that an opposition by the Government will assist in the determination of the issues raised by petitioner. **Accordingly, this Court ORDERS the Government to address the issues raised in petitioner's amendment, in addition to the issues raised in petitioner's section 2255 motion, in its opposition due on June 7, 2012.** This Court shall take the section 2255 motion and the amendment under submission after the opposition is filed. No further submissions shall be accepted, unless further ordered by this Court. In addition, no hearing is set in this matter.

IT IS SO ORDERED.

**Dated:  May 17, 2012**                    /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1